# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Take On Me |
| Line 3 | Writer(s) | Magne Furuholmen a/k/a Mags Furuholmen; Pal Waaktaar; Morten Harket |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 9/9/85 |
| Line 6 | Registration No(s). | PA 274-789 |
| Line 7 | Date(s) of Infringement | 11/28/23 |
| Line 8 | Place of Infringement | Peabody Heights Brewery |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Tighten Up |
| Line 3 | Writer(s) | Billy Buttier; Archie Bell |
| Line 4 | Publisher Plaintiff(s) | Cotillion Music, Inc.; Lee J. Frazier, an individual d/b/a Orellia Publishing |
| Line 5 | Date(s) of Registration | 2/14/68     5/6/68 |
| Line 6 | Registration No(s). | Eu 36873     Ep 245470 |
| Line 7 | Date(s) of Infringement | 5/3/24 |
| Line 8 | Place of Infringement | Peabody Heights Brewery |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Upside Down |
| Line 3 | Writer(s) | Bernard Edwards; Nile Rodgers |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company LLC |
| Line 5 | Date(s) of Registration | 8/4/80 |
| Line 6 | Registration No(s). | PA 75-961 |
| Line 7 | Date(s) of Infringement | 11/28/23 |
| Line 8 | Place of Infringement | Peabody Heights Brewery |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Rebirth of Slick Cool Like Dat |
| Line 3 | Writer(s) | Ishmael Butler; Mary Ann Vieira |
| Line 4 | Publisher Plaintiff(s) | Ishmael Butler, an individual d/b/a Wide Grooves Music; Gliro Music Inc. |
| Line 5 | Date(s) of Registration | 2/9/93 |
| Line 6 | Registration No(s). | PA 959-865 |
| Line 7 | Date(s) of Infringement | 5/3/24 |
| Line 8 | Place of Infringement | Peabody Heights Brewery |